**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7342**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

AARON LAMONT BARNES,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-94-80)

---

Submitted:  October 26, 2000          Decided:  November 2, 2000

---

Before WIDENER, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Aaron Lamont Barnes, Appellant Pro Se.  Nicholas Stephan Altimari, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Lamont Barnes seeks to appeal the district court's order denying his motion filed pursuant to Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no abuse of discretion. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Barnes</u>, No. CR-94-80 (E.D. Va. Sept. 12, 2000). We also deny Barnes' motion to consolidate this appeal with Appeal Number 00-6408. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2